IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01947-WYD

MARY YOUNG,

     Plaintiff,

v.

NATIONAL RECOVERIES, INC., a Minnesota corporation,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

     THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is

hereby

     ORDERED that this case is Dismissed with Prejudice, with each party to pay her

or its own attorney's fees and costs.

     Dated:  August 21, 2014

                     BY THE COURT:


                     /s/ Wiley Y. Daniel
                     WILEY Y. DANIEL,
                     SENIOR UNITED STATES DISTRICT JUDGE